UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DAVID MORRIS,

Defendant.

**Order of Continuance**

25 Mag. 1575

---

Upon the application of the United States of America and the affirmation of Kathryn Wheelock, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 922(a)(1)(a), 933(a)(1), and 924(c)(1)(A)(i), in a complaint dated May 9, 2025, and was arrested on May 9, 2025;

It is further found that the defendant was presented before Magistrate Judge Moses in this District on May 9, 2025, and was ordered detained;

It is further found that Neil Kelly, Esq., counsel for defendant, and Assistant United States Attorney Kathryn Wheelock have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until August 8, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney Kathryn Wheelock be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       July 2, 2025

_____
UNITED STATES MAGISTRATE JUDGE